IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON FLORES, ERMA FLORES, and REZA ABOLFATHIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERISK ANALYTICS, INC. and HYUNDAI MOTOR AMERICA,<br><br>Defendants. | Case No. 2:24-cv-07800-JKS-AME |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Brandon Flores, Erma Flores, and Reza Abolfathian hereby voluntarily dismiss without prejudice their claims against Defendants Verisk Analytics, Inc. and Hyundai Motor America.

Dated: August 29, 2024         Respectfully submitted,

*/s/ Kevin G. Cooper*
James E. Cecchi
Kevin G. Cooper
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

1

Gary F. Lynch
Connor P. Hayes
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
gary@lcllp.com
connorh@lcllp.com

Norman E. Siegel
J. Austin Moore
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

*Attorneys for Plaintiffs*

**SO ORDERED.**
Dated: August 30, 2024

/s/ *Hon. Jamel K. Semper*
**HON. JAMEL K. SEMPER, U.S.D.J.**